For your honors, please place the court down for a moment for those names. And if I will, Ms. Paul Linder, I'd like to serve five minutes for a moment. Of course, I appreciate it. This case presents two primary issues. First, whether a public employer can seriously immunize itself versus a liability under 42 U.S.C. 1983 by trying to support its employee in an investigation whose desire is to secure the property. That's essentially the upshot of the judicial court's ruling. The second issue is whether Mr. Linder applied a FACTS decision in 1826 to stay in property with interest in its continued employment with the Golden Gate Bridge and highway transportation district. That is an even more fundamental question as to whether we have any jurisdiction here. Yes, Your Honor, the question of jurisdiction, who is it going to be raised across the field, because it does seem to modify the judgment. Well, that may be true generally, but we have to determine our own jurisdiction. We've clearly held for that. And whether anybody in race or dis-race doesn't change that at all. So I think our case is very strong that that's going to be a loser on you, I'm afraid. But assuming that we do have to get to the issue, would you like to respond? You sounded pretty strong. Your Honor, just this under 42 I.A. 1, and it's such a highlight of us under 42 I.A. 2, is a question that was resolved by the district court to the injury judgment on November 13, 2015, in the Grants and Flushing case. In that, he filed a notice of impeachment on November 8, 2015. So I guess what happened here is that he twice cited the wrong rule. But then that happens up here as well, and sometimes we construe a filing as something else. Am I correct that the district court construed that as basically a request for a final judgment? Yes, Your Honor. And then the district court did enter a final judgment on all of the claims, is that right? That's correct, Your Honor. After the request is dismissed, are the motion to dismiss any more? And then it's that final judgment that he, the second time around when the district court construes it, that's the judgment you're appealing from, correct? That's correct, Your Honor. And that's within the time limits? And that's within the time limits. So how do you get around our court in this case? Judge Greiber, who was pretty strong on this case, how did he just do it in that case? Well, Your Honor, the disease is dead once it's done. I mean, you can't do anything about it. It's dismissed. Well, Your Honor, so there's a final judgment that the district court receives from Section 8. And the final judgment, Your Honor, was entered by the district court on November 13, 2015. So you just kept refiring the actions and the district court can do nothing. That's what the case says. I don't know what the case says. The first case is wrong. Judge Greiber's language describes it as pretty strong. Perhaps that doesn't apply. Your Honor, because the court still exercises jurisdiction, the district court was exercising its own jurisdiction on November 13th when it resolved the ending of most of the victims. Judge Greiber's case is worse applied. The plaintiff has a right in certain sections of the law here to dismiss the case. Take it away. The court cannot bring it back to life. I mean, the court can do something to get it off the books. But according to this case, there is no power in what you're doing here. The plaintiff has a right to pull that case back and say, no, nothing. Yes, Your Honor. However, there was no final order by the court approving that dismissal. And you don't appeal this point of Judge Greiber's opinion. She'll not get anything. It's gone. There is how to be a way of timing it, but it's very hard for your case to proceed in jurisdiction unless you can show us where Judge Greiber's case doesn't apply. Your Honor, I really don't have an argument for non-application of that rule off of here. The district court, by considering the motions, by considering it and agreeing with the plaintiff on here, that the case only had remaining state law claim and that it was appropriate for that to be filed in state court. And based upon that, the court tended to enter a judgment that was then appealed to. But he didn't ask to dismiss the action, correct? He asked if it was a claim. That is correct, Your Honor. But if you, whether it's right or wrong in terms of doing it under that rule, there was no dismissal of the action until the district court entered its judgment, correct? That is correct, Your Honor. And I do think that, although it may seem spastic, it is. The case was still on the court's docket. It was an active case. It was a request for the dismissal of the claim of the case. And the final judgment was entered until November 13 on the entire case. That's primarily the jurisdiction. So in words of the case, the actions can become plain illicit until the district, any time the district judge chooses to enter any type of order. That looks a little inconsistent with the theory, but have you got a case that says that this case is wrong or a case that has the same axis on a different way than we have a conflict in our court? I don't have a case like that, Your Honor. Absolutely, though, what we've identified is a dismissal of the case, let's say, as opposed to dismissal of the entire action that the actual judge has. And was it still on the court's docket until the district court entered its judgment on the case or a case that did? With respect to the 9-83 claim, Your Honor, it's indeed. I believe under the dollar versus primary misdeeds, this is very clearly public speech that's outside of your standing command. Why do you want me to stand outside the standing command? So I understand that the investigation is being conducted by the California Department of Justice, which was not the same entity as the local state district. But he was instructed to participate in something that was an ongoing matter. It was an ongoing investigation. It wasn't like he came forward, went and found them and said, I need to talk to the inspector general. I've got a problem with what's going on here. This was part of his ordinary responsibilities. So the difference between his ordinary responsibilities and this type of participation was, this is a, although the contender, I'm sorry, the contender was the range of requirements, the qualifications, et cetera, for different agencies, PSIS and the California Department of Justice had investigations going. And there was also an internal investigation that had occurred that the Department of Justice had virtually no interaction with the California Department of Justice or the PSIS other than sending in forms, et cetera. There was no investigatory relationship between the two entities. It was simply, it's all called, you're supposed to call it back. That's really not a chain of command type of thing. This is not an ordinary reporting structure. But it is part of the way the California government conducts itself. And it was something that the entire department, in fact, that the entire department, and he was instructed by his superiors that he was to cooperate and do his turn in talking to these investigators. He did, and we alleged in the complaint as well, that after that first meeting, which he did, he was informed of by his superiors, he continued outside of the scope of that to inform, along the slope of the investigation, the slope of the investigation, it's very individual in respect to, well, the current premise, the qualifications of the grant, he took their current complaint. Now, far beyond that, who did he talk to? He talked to Mitch Kojima of the PSAS and the Department of Justice. He talked to outside of the first interview? Correct, but there were other individuals at the Department of Justice that he communicated with as well, and we allege that. Subsequent to the September meeting where he was instructed to go, he continued to provide them additional information and documentation over the course of 2013. Those additional communications were not ordered by his superiors. They were, in fact, they were at his home in his season. Adam, go ahead. I have a couple of other questions for you. Yes, sir. If you were a federal employee and found that he had been fired for doing his job, he wouldn't necessarily have a first amendment complaint, but he certainly would have a complaint before the Veterans Assistance Protection Board, the federal system, is there an equivalent board in California? There's not an MSPB process for transportation district employees with respect to their property interests and their employment. The district courts, whose side of the jury have come out to base on this, the inquiry for the court, the correct inquiry for the court is, you know, it's a vast issue from which many firms can be drawn that these procedures, notice, hearing, evidence, attorneys, all while it's only radically converted into property interests, does it give the informal understanding and expectation of continued employment for which there was a need for customization? Do you have a CSA claim standing for customs? It does, yes. Labor Code 11.2.5, does it include the scenario for a precedent? That is what Labor Code does what? That is saying that the state wants to lower a complaint with a single cause of action. Agreed.  That will serve the remaining time. Thank you. Thank you. Thank you.  Thank you. Thank you.   Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Good morning, Your Honors. May it please the Court. My name is Adam Hoffman. I'm here today on behalf of the defendants and their families, the Albany Bridge Highway and Transportation District, and Bridge Captain Lisa Lacani. Your Honors, this appeal fails for both wants of jurisdiction and wants of merit. As a threshold matter, Ms. Linder's decisions in the Court will have to apply to this Court of Jurisdiction. And I want to cut right to the heart of this matter, because as Your Honors noted, there may be a problem with the particular procedure that Mr. Linder chose, but that's not actually the end of the inquiry here. The fact is that there is no procedure, no authority, that would have permitted Mr. Linder to do what he intended to do here, that is, to obtain an order that allowed him to simultaneously litigate part of his case on appeal here while litigating another part of his case, the state law part of his case, in a separate action in state court. That's because the authorities that control this Court of Jurisdiction give Mr. Linder, under these circumstances, an all-or-nothing choice. He has to either meekly relinquish his state law claims in order to secure this Court's appellate jurisdiction, or he can relinquish his federal case altogether by dismissing the entire case pursuant to Rule 41, which then saves his state law claims for a separate case but ends federal jurisdiction irrevocably. The problem with the approach that Mr. Linder and the district court took is that they attempt to chart a path between those two options, and that is exactly the kind of jurisdictional manipulation that discords prior decisions in cases like Annenberg and Fletcher versus it. We feel, ultimately, Your Honors, that Mr. Linder should be held to the options that are presented by these authorities. He either has to be found to have dismissed his federal case without prejudice, as he has done, in order to pursue his state law claims as in-court again, as he is currently doing, or he should be found to have dismissed his entire case without prejudice, which would then secure his court's appeal of jurisdiction. So are you suggesting that if we accept jurisdiction over this, that it celebrates being an autonomous body on the state claim? That's exactly right, Your Honor. And so if we were to find that we like the jurisdiction here, would that allow the state claim to go forward? Vis-a-vis a residential town argument, yes, it would. Okay. So if you make us pursue the principle order, it may be in his interest to have us discuss it on jurisdiction grounds. I think that's right, Your Honor. Yeah, because I think ultimately the point here is that the trial court's order intended to just split the two options to give him an appealable order, and in order for him to proceed with his state law claim, that just can't exist. So the court's final order here has to pick either one of those two choices. So you're saying that he has no right to dismiss the claim that he brought that is a state law claim, correct? He's in federal court. I can't answer your question, Your Honor. That's all right, Your Honor. And he... I think the issue here is that he can't, at the point of having an order dismissing his federal claims with prejudice, and having lived in the United States all the time at that moment in time, he can't involuntarily dismiss justice in a state law claim without prejudice. There's no authority for that. And in fact, this court's precedent in the Etheridge case specifically holds that there are no piecemeal partial dismissals under Rule 41. You'll notice to the extent that the court reached a demerit that I'd like to discuss by the district court's order was not in error, starting with the First Amendment claim. Despite being given the chance to plead a viable, plausible First Amendment claim and fairly specific instructions as to what was needed as compared with his original complaint, Mr. O'Connor continued to fail to plead a plausible First Amendment violation. That's for two reasons. The first is that the district, as the district court concluded, Mr. O'Connor's allegations, the sequence of events that he sees, are fundamentally inconsistent with finding that the... that Bridge District Captain Lisa McCauley, or the Bridge, had an intent to inhibit his speech. Where does the intent to inhibit speech come from? As I understand it, it's a subset of the causation of an element in the volume. I don't understand. It doesn't say that in the volume. I would add that that was the difficulty is that the joy of the intent, it seemed to be defined somewhere not in the volume, and I couldn't find the case, so it did not seem to me to be an element. Maybe you could cite a case in which it was kept behind volume. Your Honor, I apologize. I don't actually have an authority on the point, but as I understand it, that's never been disputed in the case so far. I can give you some certainty that the intent is an element. Well, you listed, I think, in his brief, the dogging of the factors in which intent doesn't exist. If each court falls down for not proving intent, you apparently didn't answer that. Well, that's... But I can't find that the district court is correct in saying that intent is an element. So I'm not sure if it's happening to me. The district court's error in the plaintiff's apparent waiver of the argument. I understand the question, Your Honor. I think the problem is that the elements of causation underlying it, you can't get to the speech being a cause for adverse employment action. It can't be a substantial cause of that decision unless there's intent to inhibit. If the bridge district has no desire to inhibit his speech, there's no objection to his speech, then how can his speech be the cause of their adverse decision? But again, I acknowledge that at least from this record, it's implicit in Dahlia's post-treatment. So I say, I mean, if he finds that it's not an element, and we're looking at this de novo at this point, do you have any sight of the Dahlia, wouldn't we then need to send him back for any further jurisdiction? No, Your Honor. Because there's a separate reason that his first amendment claim fails, under the express elements in Dahlia as well. I can move on to that directly unless the court has questions about the intent to inhibit. The second separate reason why Mr. Zinner's first amendment claim fails is that his allegations reflect the fact that his speech, all the speech that's alleged, was in fact part of his job description. And that is independent to fail under the Dahlia case. As Your Honors have noted, Mr. Zinner alleges that his first contact with the BSIS and California DOJ investigators came through his supervisor, Captain McCaughey. And I think really, even more importantly, Mr. Zinner himself alleges that Captain McCaughey continued to put those investigators in touch with Mr. Zinner, even after the course of the alleged retaliatory conduct began. Those are his allegations. And that she did so, and again this is his allegation, and I think there's a record, page 42, did so to facilitate the investigators' investigation of the Bridge District. I think Mr. Zinner's allegations also reflect that dealing with the BSIS and California DOJ was in fact part of his ordinary job responsibilities now admittedly. There's no allegation here that responding to this kind of special unusual investigation was part of his day-to-day responsibilities. Nonetheless, Mr. Zinner acknowledges, alleges that he was the rangemaster and responsible for training and certifying firearms training and then understands he was part of the professions code at California, the California become code. So those are the responsibilities of a rangemaster. So, Mr. Zinner's own allegations reflect that his position as a rangemaster put him in an outward facing direct with both BSIS and California  The only allegation that runs contrary to that Your Honor, Mr. Zinner is holding Mr. Zinner's allegation that responding to these investigations was not part of his job description that is disregarding under equal responsibility. Now, I think it's important to note that counsel just stated that that Mr. Zinner's initial contacts may have been at the behest of the district which of course they were but then he went way beyond that That's not contained anywhere in his pleadings. Your Honor. What is reflected in the pleadings is that he had harmless contacts and there was initial contact and then follow up contact with various investigators but nothing that takes those contacts out of the sequence of events tied to the original investigation There's no allegation there that breaks that chain, especially again, in fact, in light of the fact that as Mr. Linder has alleged, Captain LaConte herself continued to put investigators in touch with Mr. Linder as the investigation continued. So it's not just the initial contact When the investigators came back to the bridge to say we need more follow up, we need more follow up Captain LaConte put Mr. Linder put the investigators in touch with Mr. Linder. So I don't think it's possible on this complaint to break that chain So that Mr. Linder stepped outside of his role as a as a district employee I think it's also important to note that if those facts existed they are entirely within Mr. Linder's control He knows what he did, he knows what he said, he knows what he said it to If he went outside of his chain of command and contacted investigators on his own time, he could have alleged that he hasn't. If he was responding to investigators and said, you know, while I've got you here, I'd like to discuss some other problems that I'm having he could have done that, he could have alleged that he hasn't And again, this is twice he's failed to allege it despite the district court telling him exactly what he needed in order to plead a plausible claim On this complaint, I don't think you can find that he's pledged a plausible violation of his First Amendment rights Even if the court finds that the sequence of events is consistent with his overall theory it's possible that these things happened he fails to obtain the facts that are necessary to move out of plausibility and into the realm of plausibility that you're required to bring forward to the public I have one other question on jurisdiction if I may and that is if he were to withdraw his appeal for whatever reason what in your view would be the status or ability to continue litigation in the state court What would be the status of the district court orders Well, Your Honor that's an interesting hypothetical I think it would be the same Ultimately, from my perspective anything that happens now really has to fall back on the original 41-A-1 dismissal That's really the operative event here and as Judge Waltz noted that was the end of the case irrevocably the end of the case under the Commercial Space case and so if Mr. Linder were to withdraw his appeal if he were to really do anything here we would default to the moment in time where he entered a voluntary dismissal without prejudice, which was his right at that time which then paves the way for dismissal without prejudice That's exactly right, Your Honor And as that case says, the filing of a notice itself posts the case, it doesn't age anything Is there anything else that the court needs to do or we have time In fact, the related cases find that the court In fact, there is no appellate jurisdiction because there is no final order according to the language the case uses, it's as if the case never existed To my remaining time, I'd like to briefly touch on the issue of the due process claim, which also was not plausibly pled here and that again comes down to as the District Court found Mr. Linder pled no facts intending to suggest a constitutionally protected property interest in continued employment And again, he was given a chance to own a district land in order to address that deficiency The District Court provided fairly specific direction as to what was needed and Mr. Linder again failed to meet that standard Now there's no dispute that Mr. Linder was an at-will employee No dispute that under California law, at-will employees have no constitutionally protected property right in their continued employment despite that Mr. Linder intends to establish a constitutional right under the Robertson City of Huntington Beach case What's missing from this case that was pressed in McGraw is an allegation that there were standing policies or personnel rules that quote-unquote severely restricted the district's ability to terminate Mr. Linder There are no such allegations in this case Even the allegations that Mr. Linder points to in support of this contrary argument have to do with the steps that the district took in the process of terminating him I think it's important to highlight that because there is no authority I've seen on either Mr. Linder's side that would suggest that a public employee can develop a constitutionally protected right to continued employment in the course of being fired I think just saying it out loud reveals sort of how inconsistent that would be and I think allowing for such a rule taking an employer's decision to voluntarily engage in steps to try to work things out with an employee and finding that that isn't established as a constitutional right would be a terrible public policy to set there's no authority It would make the creation of the right dependent on the kind of process the state had decided to give you If this became more than was constitutionally necessary, then it might encourage the courts to decide that there was a greater right at risk than the state thought there was That's exactly right, Your Honor In fact, an employer might stumble into not only the process that they afforded, but obligations providing a greater process that they never afforded and never agreed to afford by accident, which would then encourage employers to terminate employees without any policies, without any effort to negotiate or work it out That just seems like a terrible procedure Let's move on to some of the questions Thank you Concerning the content of the communications that the attorney had with the KSIS court outside of the initial investigation, those allegations were fled in the purse of a complainant. Paragraphs 20, 242, and 234, 32 we cited in the brief They went through after 2013 numerous times, and they were not facilitated by Capitol County That's not in the record The initial contact was identified by FGAMS In fact, Senator Linder reported that British personnel carry assault weapons without proper permits that a former British consul in the years previously had engaged in conduct where it would be off a former page master that was no longer a British employee to stay off of these communications. He went far beyond the scope of the investigation that had begun, which was to seek to construct the maintenance of the records at any time of the range. I'd like to turn you back to the jurisdiction so I in my conversation with you continue to pursue this appeal and we hear the opinion that it's only part of a race to the cot on your same claim I understand that, and if that is the court's position that we would withdraw, if that is the court's position that it would be a race to the cot of our state law in action Well, I don't think that one of the objections below that he's made is that you can't sort of say out all the options on the table, find out what the answer is, and take the other option. And so you're saying, well, tell us if we have jurisdiction on that, I'll decide let me ask you this if we were to one thing we might consider is to delay entry of our decision for five days, we'll give you five days to determine what you want to do but that doesn't tell us doesn't tell you one way or the other because we haven't decided, we haven't conferred before and we obviously haven't conferred on the basis of what we might do, so I don't know what we might do. I'm simply saying that we could give you five days to decide what you want to do therefore we embark on more detailed research and consultations I don't know how I'm going to decide this case much less what my colleagues are going to do, but there are some risks that you may assume we would request the five days to be adjourned. Thank you. The case just argued Linda vs. Golden Gate is admitted. Thank you both for coming this morning. Our next case to argument is Payton vs. Clinton.
judges: Wallace, McKeown, Bybee